UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLYN SIOUX GREEN,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON ET AL.,<br><br>Defendants. | CASE NO. 3:26-cv-05011-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Clerk is directed to strike the Motion at Dkt. # 6—MOTION TO STRIKE INCORRECT CAPTION DKT # 2-1. SEE CORRECT DKT. #7—as procedurally improper. Should Plaintiff wish to alter or amend her pleading at Dkt. # 2, she is advised to consult the Local Civil Rules and Federal Rules of Civil Procedure governing amended pleadings. But she need not be concerned regarding the proper caption; the Court will seek to use the proper caption in all orders.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

//

MINUTE ORDER - 1

Dated this 30th day of January 2026.

Joshua C. Lewis
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2