UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLYN SIOUX GREEN,

       Plaintiff,

  v.

STATE OF WASHINGTON ET AL.,

       Defendants.

CASE NO. 3:26-cv-05011-JHC

ORDER

This matter comes before the Court on pro se Plaintiff's "Motion for Order for Equal Access to Thurston County Superior Court Records." Dkt. # 19. The motion does not cite any legal authority that would support the specific relief Plaintiff seeks. It does not cite any case example of a court granting such relief. Nor does Thurston County appear to be a Defendant in this matter; nor does it appear that Thurston County received noticed of this motion. For these reasons, the Court DENIES the motion.

Dated this 6th day of March, 2026.

John H. Chun
John H. Chun
United States District Judge

ORDER - 1