**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

CAROLYN SIOUX GREEN,

            Plaintiff,

    v.

STATE OF WASHINGTON, et al.,

            Defendants.

NO.  3:26-cv-05011-JHC

ORDER

Before the Court is "Plaintiff-CSX Motion to Extend Time to Reply."  Dkt. # 23.  For the reasons presented by Defendant State of Washington at Dkt. # 39, the Court DENIES the motion.  However, because the motion to extend was pending until today, and given Plaintiff's pro se status, the Court accepts her response (Dkt. # 41) to the motion to dismiss (Dkt. # 14) as timely filed.  Any reply to the response must be filed by Friday, March 27, 2026.  The Court DIRECTS the Clerk to re-note motion to dismiss (Dkt. # 14) for March 27, 2026.

DATED this 23rd day of March, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER
NO.  3:26-cv-05011-JHC

1