**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| CAROLYN SIOUX GREEN, | NO.  3:26-cv-5011-JHC |
| Plaintiff, | |
| v. | ORDER |
| STATE OF WASHINGTON, et al., | |
| Defendants. | |

This matter comes before the Court on the United States' Motion to Dismiss.  Dkt. # 44.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, for the reasons below, the Court GRANTS the motion.

The United States argues persuasively that two doctrines—exhaustion of administrative remedies under the Federal Tort Claims Act (FTCA) and sovereign immunity—bar Plaintiff's claims against it.  Dkt. ## 44 & 54.  Plaintiff concedes that she "has not filed a tort claim for this negligent act" (i.e., neglecting to inform her of a diagnosis).  Dkt. # 48 at 12.  Nor does she

ORDER
NO.  3:26-cv-5011-JHC

1

engage with the sovereign immunity argument. *See generally id.* Thus, the Court GRANTS the motion and DISMISSES Plaintiff's claims against the United States without prejudice.

Dated this 21st day of April, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER
NO. 3:26-cv-5011-JHC

2